```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

STEVEN M. THOMAS,                                          PLAINTIFF

v.                        CASE NO. 06-2192

ARKANSAS OKLAHOMA GAS CORPORATION,                         DEFENDANT

## ORDER

Before the Court is the Motion to Dismiss filed by Plaintiff (Doc. 8). Plaintiff seeks to dismiss the portion of the Complaint that alleges a violation of rights under the Americans with Disabilities Act pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure.

Plaintiff's Complaint seeks relief pursuant to the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), and "laws of the state of Arkansas." (Complaint, ¶ 1) However, Plaintiff's Complaint only states facts and a cause of action relating to the ADA. The Motion to Dismiss the portions of his Complaint alleging a violation of rights under the ADA would appear be a Motion to Dismiss the case in its entirety. The Motion to Dismiss (Doc. 8) is GRANTED and the portions of Plaintiff's Complaint which allege a violation of rights under the ADA are DISMISSED with prejudice. Plaintiff has ten (10) days from the date of this Order to advise the Court why any claims remain pending in this case.

IT IS SO ORDERED.

Dated:  February 27, 2007

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge